## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| QuEST LLC, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 06-0180-CV-W-FJG |
| Pavani Nalliah, | ) | |
| d/b/a San Diego Exchange, | ) | |
|     Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's "Stipulation" of Dismissal with Prejudice. (Doc. No. 15). As the purported "Stipulation" is signed only by plaintiff (and not by defendant), the Court will treat it as a motion to dismiss under Federal Rule of Civil Procedure 41(a)(2). Defendant does not oppose dismissal of this action. Accordingly, plaintiff's motion (Doc. No. 15) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE.**

    IT IS SO ORDERED.

                                                  /s/ FERNANDO J. GAITAN, JR.
                                                  Fernando J. Gaitan, Jr.
                                                  United States District Judge

Dated: October 3, 2006.
Kansas City, Missouri.